**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ11-175 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| TYLER WAGNER, | |
| Defendant. | |

<u>Offenses charged</u>:

    Count 1:    Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

<u>Date of Detention Hearing</u>: April 21, 2011

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant has ongoing substance abuse issues.

    2.    Defendant has a history of failures to appear.

    3.    Defendant is ordered detained, but to be released under and supervision and coordination of Pretrial Services, to participate in an in-patient treatment program at Pioneer

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

Center North. Upon completion of the treatment program, defendant shall be returned to the detention center and returned to Court to determine if he should be released on bond.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of April, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2